# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-CV-6464-REC-SMS-P |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF C. COOPER |
| v. | |
| H. COFFEE, et al., | |
| Defendants. | (Doc. 27) |
| _____/ | |

On March 25, 2005, defendants filed a motion to dismiss. (Doc. 26.) On March 30, 2005, defendants filed the declaration of C. Cooper to further verify and authenticate the documents submitted in support of their motion, in conjunction with a request for leave to file the declaration. (Doc. 27.)

Good cause having been shown, defendants' request is GRANTED and the declaration of C. Cooper shall be considered by the court in addressing defendants' motion to dismiss.

IT IS SO ORDERED.

**Dated:    August 29, 2005**          **/s/ Sandra M. Snyder**
icido3                                UNITED STATES MAGISTRATE JUDGE

1