UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO,<br><br>        Plaintiff,<br><br>vs.<br><br>H. COFFEE, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-06464-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 32)<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS** (Doc. 26) |

    Plaintiff Abraham Romero ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 30, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 26, 2005, is ADOPTED IN FULL;

2. Defendants' unenumerated Rule 12(b) motion, filed March 25, 2005, is DENIED on the ground that exhaustion occurred in August of 2003, when plaintiff's appeal was screened out; and

3. Within **thirty (30) days** from the date of service of this order, defendants shall file a response to plaintiff's amended complaint.

IT IS SO ORDERED.

**Dated:  October 11, 2005**           /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE

2