# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO,<br><br>          Plaintiff,<br><br>     v.<br><br>H. COFFEE, et al.,<br><br>          Defendants.<br>                                                          / | CASE NO. 1:03-CV-6464-REC-SMS-P<br><br>ORDER STRIKING MOTION FOR APPOINTMENT OF COUNSEL DUE TO FAILURE TO CERTIFY THAT MOTION WAS SERVED ON DEFENDANTS' COUNSEL<br><br>(Doc. 37) |

Plaintiff Abraham Romero ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 7, 2005, plaintiff filed a motion seeking the appointment of counsel. Although plaintiff attached a certificate of service to the motion, the certificate does not state that the motion was served on defendants' counsel. Fed. R. Civ. P. 5; Local Rule 5-135. Accordingly, pursuant to paragraph four of the court's First Informational Order, filed November 3, 2003, plaintiff's motion is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:     December 9, 2005**                    **/s/ Sandra M. Snyder**
i0d3h8                                         UNITED STATES MAGISTRATE JUDGE