# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>H. COFFEE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:03-CV-6464-REC-SMS-P<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 35) |

    Plaintiff Abraham Romero ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 23, 2005, pursuant to Federal Rule of Civil Procedure 4(m), the Court issued an order requiring Plaintiff to show cause why Defendant Wilson should not be dismissed from this action based on Plaintiff's failure to furnish information sufficient for the Marshal to identify and serve Defendant. Plaintiff filed a response on December 22, 2005.

    In his response, Plaintiff failed to supply any further information to assist the Marshal in identifying and locating Defendant Wilson, but stated that the prison has records identifying Defendant. The Court will discharge the order to show cause and will not dismiss Defendant Wilson at this time. If Plaintiff obtains further identifying information on Defendant Wilson, through discovery or other means, Plaintiff may notify the Court and the Court will at that time direct the Marshal to attempt re-service. At this time, there is no additional information before the Court upon which to base an order directing re-service.

///

<u>When this action is either resolved via a pre-trial dispositive motion or reaches the point at which a trial date is set, if Plaintiff has not provided the Court with any additional information on Defendant Wilson, Defendant Wilson will be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m)</u>. Based on the foregoing, the order to show cause, filed November 23, 2005, is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:   February 22, 2006**              /s/ Sandra M. Snyder
icido3                                                  UNITED STATES MAGISTRATE JUDGE