# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-CV-6464-REC-SMS-P |
|         Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES |
|   v. | |
| H. COFFEE, et al., | (Doc. 44) |
|         Defendants. | |
| _____/ | |

On April 26, 2006, defendants filed a request for an extension of time to serve responses to plaintiff's interrogatories and request for production of documents. Defendants' request for an extension of time up to and including May 29, 2006, is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   May 8, 2006**          **/s/ Sandra M. Snyder**
i0d3h8                  UNITED STATES MAGISTRATE JUDGE

1