# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>H. COFFEE, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-06464-AWI-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES (Doc. 52)<br><br>New Discovery Deadline: 01-02-07<br>New Deadline to Amend Pleadings: 02-02-07<br>New Pre-Trial Dispositive Motion Deadline: 03-02-07 |

　　Plaintiff Abraham Romero ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983 and California tort law. This action is proceeding on plaintiff's amended complaint, filed May 19, 2004, against defendants Coffee, Wilson, Baptiste, and Samms under section 1983 for use of excessive force in violation of the Eighth Amendment, and under California law for assault and battery.[1] (Doc. 12.) On July 5, 2006, plaintiff filed a motion seeking an extension of the deadlines set forth in the scheduling order filed on November 23, 2005. (Doc. 52, 36.) Defendants Coffee, Baptiste, and Samms ("defendants") did not file a response.

　　The court finds plaintiff has shown good cause for his request. Accordingly, it is HEREBY ORDERED that:

　　1.　　Plaintiff's motion seeking an extension of the deadlines set forth in the scheduling order is GRANTED;

---

[1] Defendant Wilson has not been identified and served with process. (Doc. 42.)

1

2. The deadline for the completion of all discovery, including filing motions to compel, is extended to January 2, 2007;

3. The deadline for amending the pleadings is extended to February 2, 2007; and

4. The deadline for filing pre-trial dispositive motions is extended to March 2, 2007.

IT IS SO ORDERED.

**Dated:   August 22, 2006**                                     **/s/ Sandra M. Snyder**
icido3                                                                            UNITED STATES MAGISTRATE JUDGE