# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-cv-06464-LJO-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF SCHEDULING ORDER DEADLINES |
| v. | |
| H. COFFEE, et al., | (Doc. 57) |
| Defendants. | |

Plaintiff Abraham Romero ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2007, plaintiff filed a motion seeking an extension of the deadlines set forth in the scheduling order filed on August 23, 2006. (Doc. 57.) Defendants did not file a response.

Pursuant to the court's order of August 23, 2006, the deadline for the completion of all discovery, including filing motions to compel, was extended to January 2, 2007, the deadline for amending the pleadings was extended to February 2, 2007, and the deadline for filing pre-trial dispositive motions was extended to March 2, 2007. (Doc. 55.) Further, pursuant to the court's initial scheduling order of November 23, 2005, a request for an extension of a deadline must be filed on or before the deadline. (Doc. 36, ¶10.) Plaintiff's motion was not timely filed, and shall be denied.

In addition, plaintiff's motion was not supported by good cause. Plaintiff has had almost fourteen months to conduct discovery, almost fifteen months to file a motion to amend, and almost sixteen months to file a pretrial dispositive motion. A review of the record reveals that plaintiff has

conducted some discovery and filed an unsuccessful motion to amend. (Docs. 43-46, 50, 54.) Absent a showing of diligence in complying with deadlines, there is no good cause to support modification of a scheduling order. <u>Zivkovic v. Southern California Edison Co.</u>, 302 F.3d 1080, 1087-88 (9th Cir. 2002).

  Based on the foregoing, plaintiff's motion for an extension of the scheduling order deadlines, filed March 12, 2007, is HEREBY DENIED as untimely and unsupported by good cause.

IT IS SO ORDERED.

**Dated:   April 10, 2007**               /s/ Sandra M. Snyder
                UNITED STATES MAGISTRATE JUDGE