# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-cv-06464-LJO-SMS PC |
| Plaintiff, | ORDER REQUIRING PARTIES TO COMPLY WITH COURT'S ORDER OF APRIL 11, 2007, WITHIN THIRTY DAYS |
| v. | |
| H. COFFEE, et al., | (Doc. 60) |
| Defendants. | |
| _____/ | |

On April 11, 2007, plaintiff and defendants were ordered to notify the court whether they consent to or decline Magistrate Judge jurisdiction within thirty days.  (Doc. 60.)  Approximately sixty days have passed and neither plaintiff nor defendants have complied with the order.  The failure to comply with an order of this court is grounds for the imposition of sanctions.

Plaintiff and defendants have **thirty (30) days** from the date of service of this order to file a response in compliance with the order of April 11, 2007.  The failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:    June 14, 2007**                  _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE