# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-cv-06464-SMS PC |
| Plaintiff, | ORDER VACATING SECOND SCHEDULING ORDER, AND SETTING TELEPHONIC TRIAL SETTING CONFERENCE |
| v. | |
| H. COFFEE, et al., | (Doc. 60) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER BY FAX ON LITIGATION COORDINATOR AT CSP-CALIPATRIA |
| | Telephonic Trial Setting Conference:   October 2, 2007, at 10:00 a.m. in Courtroom 7 (SMS) |

This matter is currently set for a telephonic trial confirmation hearing on October 25, 2007, and jury trial on December 5, 2007, before the Honorable Lawrence J. O'Neill. In light of the reassignment of the action to the undersigned, it is HEREBY ORDERED that:

1. The Second Scheduling Order, including all deadlines and dates set therein, is VACATED;

2. This matter is set for a telephonic trial setting conference on October 2, 2007, at 10:00 a.m. in Courtroom 7 before the undersigned;

3. Defendants' counsel shall arrange for the participation of plaintiff at the telephonic trial setting conference hearing and shall initiate the telephonic conference at **(559) 499-5690**; and

1

4.      The Clerk's Office shall serve a courtesy copy of this order by facsimile on the Litigation Coordinator at Calipatria State Prison.

IT IS SO ORDERED.

**Dated:**   **August 2, 2007**                /s/ **Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE