# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO,<br><br>        Plaintiff,<br><br>    v.<br><br>H. COFFEE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-cv-06464-SMS PC<br><br>ORDER DISMISSING DEFENDANT WILSON FROM ACTION PURSUANT TO RULE 4(M) FOR FAILURE TO EFFECT SERVICE OF PROCESS<br><br>(Docs. 16 and 42) |

Plaintiff Abraham Romero ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. This action is proceeding on plaintiff's complaint, filed August 25, 2003, against defendants Coffee, Wilson, Baptiste, and Samms ("defendants") under section 1983 for use of excessive force in violation of the Eighth Amendment, and under California law for assault and battery.

On November 23, 2005, pursuant to Federal Rule of Civil Procedure 4(m), the court issued an order requiring plaintiff to show cause why defendant Wilson should not be dismissed from this action based on plaintiff's failure to furnish information sufficient for the Marshal to identify and serve defendant. (Doc. 35.) Plaintiff filed a response on December 22, 2005, and on February 23, 2006, the court discharged the order to show cause. (Docs. 39, 42.) Plaintiff was informed that if he obtained further identifying information on defendant Wilson, through discovery or other means, he could notify the court and the court would direct the Marshal to attempt re-service. (Doc. 42.) Plaintiff was warned that once the action was either resolved via a pre-trial dispositive motion or reached the point at which a trial date was set, defendant Wilson would be dismissed, without

1  prejudice, pursuant to Rule 4(m), if plaintiff had not provided the court with any additional
2  information on defendant Wilson.
3        The discovery phase of this litigation is closed, the pretrial dispositive motion deadline has
4  passed, and this matter is set for jury trial.  Accordingly, the time within which plaintiff had to notify
5  the court of further identifying information for defendant Wilson has passed, and pursuant to Rule
6  4(m), defendant Wilson is HEREBY ORDERED DISMISSED from this action, without prejudice,
7  for failure to effect service of process.

9  IT IS SO ORDERED.
10  **Dated:   October 3, 2007**          /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE