IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | 1:03-cv-06464-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE PRE-TRIAL STATEMENTS |
| vs. | |
| H.COFFEE, et al., | (DOCUMENT #70) |
| Defendants. | (30) THIRTY DAY DEADLINE |
| _____ / | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On January 14, 2008,  plaintiff filed a motion to extend time to file pre-trial statements.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file pre-trial statements.

IT IS SO ORDERED.

**Dated: January 28, 2008**         /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE