IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM ROMERO,

    Plaintiff,        CV F 03 6464 SMS PC

  vs.                 ORDER

H. COFFEE, et al.,

    Defendants.

The following hearing dates in this action are continued as follows: Jury trial is set for June2, 2008, at 9:00 a.m. in Courtroom 7. The telephonic trial confirmation hearing is set for April 16, 2008, at 10:30 a.m. before Judge Snyder.

IT IS SO ORDERED.

**Dated: February 5, 2008**                        /s/ **Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE