# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-cv-06464-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS UNTIMELY |
| v. | (Doc. 74) |
| H. COFFEE, et al., | |
| Defendants. / | |

Plaintiff Abraham Romero ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law.  This action is proceeding on plaintiff's complaint, filed August 25, 2003, against defendants Coffee, Baptiste, and Samms ("defendants") under section 1983 for use of excessive force in violation of the Eighth Amendment, and under California law for assault and battery.  This matter is set for telephonic trial confirmation hearing on April 16, 2008, and for jury trial on June 2, 2008.

On January 22, 2008, plaintiff filed a motion to compel.  Defendants opposed the motion on January 29, 2008.  The deadline for the completion of all discovery, including motions to compel, was January 2, 2007, and the court denied plaintiff's motion for an extension of the deadline on April 11, 2007.  Plaintiff's motion to compel is untimely and is HEREBY DENIED on the ground.

IT IS SO ORDERED.

**Dated:   February 13, 2008**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1