# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-cv-06464-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE SUPPLEMENTAL MOTION FOR THE ATTENDANCE OF INCARCERATED WITNESSES ON OR BEFORE MARCH 20, 2008 |
| v. | |
| H. COFFEE, et al., | |
| Defendants. | (Doc. 74) |
| _____/ | ORDER NOTIFYING PLAINTIFF OF WITNESS FEES FOR UNINCARCERATED WITNESSES REFUSING TO TESTIFY VOLUNTARILY, AND EXTENDING DEADLINE FOR SUBMISSION OF MONEY ORDERS TO APRIL 16, 2008 |

Plaintiff Abraham Romero ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. This action is proceeding on plaintiff's complaint, filed August 25, 2003, against defendants Coffee, Baptiste, and Samms ("defendants") under section 1983 for use of excessive force in violation of the Eighth Amendment, and under California law for assault and battery. This matter is set for telephonic trial confirmation hearing on April 16, 2008, and for jury trial on June 2, 2008.

On January 22, 2008, plaintiff filed a motion seeking the attendance of incarcerated witnesses Angel Lopez, #P-84811, and Joel Alatorre, #P-01049. Although plaintiff contends that Lopez and Alatorre have firsthand knowledge of the relevant events, plaintiff's motion fails to set forth the specific details required by the court's Second Scheduling Order. Plaintiff is directed to review lines

15 through 18 on page 3 of the order. If plaintiff wishes to have the court consider granting his motion, he must supplement the motion by providing further information as to what the inmates saw or heard, as provided in the Second Scheduling Order.[1] Plaintiff's supplemental motion is due or before March 20, 2008. Defendants' opposition, if any, is due on or before April 10, 2008.

Plaintiff has specified his intent to subpoena three unincarcerated witnesses who refuse to testify voluntarily. The three witnesses are employed at the California Substance Abuse Treatment Facility in Corcoran. **For each witness, plaintiff must submit a money order in the amount of $93.11.[2] The money order must be made out to the witness (*not* to the plaintiff or the district court) and must include this case name and number in the memo section. The inclusion of this information is imperative to ensure the money orders are routed properly upon receipt by the Clerk's Office.** It is suggested that plaintiff either include a copy of this order with his request to the trust office or speak with a trust officer prior to the issuance of the money orders. In light of the recent continuance of the telephonic trial confirmation hearing and jury trial, plaintiff has until **April 16, 2008**, within which to submit the money orders to the court.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's supplemental motion for the attendance of incarcerated witnesses is due on or before March 20, 2008, and defendants' opposition, if any, is due on or before April 10, 2008; and

2. The deadline for the submission of money orders to subpoena any unincarcerated witnesses who refuse to testify voluntarily is extended to April 16, 2008.

IT IS SO ORDERED.

**Dated:   February 13, 2008**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Inmate Lopez is still incarcerated. However, inmate Alatorre was released on parole. In the event that inmate Alatorre is re-incarcerated prior to trial, plaintiff may wish to include him in the supplemental motion for the court's consideration. However, as long as Alatorre remains out of prison, the court cannot facilitate his transportation to trial. Subject to applicable rules and regulations, plaintiff may be able to contact Alatorre and secure his voluntary attendance at trial. Alatorre paroled to Region IV, El Cajon.

[2] Daily witness fee of $40.00 plus round-trip mileage from CSTAF to the courthouse (109.5 miles round-trip at 48.5 cents per mile).