1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-cv-06464-SMS PC |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RE-SERVE PRETRIAL STATEMENT ON PLAINTIFF AT CCI WITHIN FIVE DAYS |
| v. | |
| H. COFFEE, et al., | |
| Defendants. | |

On February 15, 2008, plaintiff filed a notice of change of address to the California Correctional Institution, effective January 24, 2008. Defendants are HEREBY DIRECTED to re-serve their pretrial statement on plaintiff at his new address of record within **five (5) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   February 20, 2008**             /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

1