# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-cv-06464-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR THE ATTENDANCE OF INCARCERATED WITNESSES |
| v. | |
| COFFEE, BAPTISTE, AND SAMMS, | (Doc. 73) |
| Defendants. | |

In an order filed on February 14, 2008, the Court stated:

> On January 22, 2008, plaintiff filed a motion seeking the attendance of incarcerated witnesses Angel Lopez, #P-84811, and Joel Alatorre, #P-01049. Although plaintiff contends that Lopez and Alatorre have firsthand knowledge of the relevant events, plaintiff's motion fails to set forth the specific details required by the court's Second Scheduling Order. Plaintiff is directed to review lines 15 through 18 on page 3 of the order. If plaintiff wishes to have the court consider granting his motion, he must supplement the motion by providing further information as to what the inmates saw or heard, as provided in the Second Scheduling Order.[1]  Plaintiff's supplemental motion is due or before March 20, 2008. Defendants' opposition, if any, is due on or before April 10, 2008.

(Doc. 82.)

///

///

---

[1] Inmate Lopez is still incarcerated. However, inmate Alatorre was released on parole. In the event that inmate Alatorre is re-incarcerated prior to trial, plaintiff may wish to include him in the supplemental motion for the court's consideration. However, as long as Alatorre remains out of prison, the court cannot facilitate his transportation to trial. Subject to applicable rules and regulations, plaintiff may be able to contact Alatorre and secure his voluntary attendance at trial. Alatorre paroled to Region IV, El Cajon.

1

1  Plaintiff did not file a supplemental motion. Accordingly, Plaintiff's motion for the
2  attendance of incarcerated witnesses Alatorre and Lopez, filed January 22, 2008, is HEREBY
3  DENIED based on Plaintiff's failure to meet his burden as the moving party.

IT IS SO ORDERED.

**Dated:**  **April 3, 2008**         /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE