

FILED

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-cv-06464-SMS PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| COFFEE and SAMMS, | |
| Defendants. | |
| _____/ | |

Jury trial in this matter commenced on June 2, 2008. Pursuant to Federal Rule of Civil Procedure 50(a), judgment was entered for Defendants and against Plaintiff on June 3, 2008.

Accordingly, Plaintiff Abraham Romero, #K-09977, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: June 3, 2008                    /s/ Sandra M. Snyder
                                        SANDRA M. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

1