```
                              FILED
                         JUDGMENT ENTERED

                            June 4, 2008
                               Date
                   by        H.A. Herman
                            Deputy Clerk
                        U.S. District Court
                   Eastern District of California
                      XX     FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
ABRAHAM ROMERO,
            Plaintiff,
                                  JUDGMENT IN A CIVIL ACTION
vs.
                                  1:03-cv-06464-SMS-P

H. COFFEE, etal.,
            Defendants.
_____/
```

XX          JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict on June 3, 2008.

            IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT IS ENTERED FOR DEFENDANTS H. COFFEE and SAMMS AND AGAINST PLAINTIFF ABRAHAM ROMERO.

DATED:    June 4, 2008

                                   VICTORIA C. MINOR, Clerk


                                   By:   /s/ H.A. Herman
                                           Deputy Clerk

jgm.civ
2/1/95