# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ROMERO, | CASE NO. 1:03-cv-06464-SMS PC |
|     Plaintiff, | ORDER DENYING MOTION AS MOOT |
|     v. | (Doc. 97) |
| H. COFFEE, et al., | |
|     Defendants. | |

On June 2, 2008, Plaintiff filed a motion seeking an extension of time or an order mandating access to his legal material. Jury trial in this matter commenced on June 2, 2008, and concluded on June 3, 2008. Plaintiff's motion is moot and is HEREBY DENIED on that ground.[1]

IT IS SO ORDERED.

**Dated:   June 4, 2008**                              /s/ Sandra M. Snyder
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] This motion was not raised at trial, and Plaintiff had his legal material with him.

1